Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone: (602)277-3776
emj@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:  
    RUDOLPH EDWARD HERNANDEZ

    DINA SOCORRO HERNANDEZ

                     Debtor(s)

In Proceedings Under Chapter 13

CASE NO. 2: 11-06369-DPC

TRUSTEE'S MOTION TO DISMISS

    Now comes, Edward J. Maney, the Trustee in the above captioned Chapter 13 Proceeding, and states that the Debtor(s) failed to respond to the Trustee's request for corrective action.

    The Stipulated Order Confirming the Plan required Debtor to turnover 2012, 2013 and 2014 State and Federal Tax Returns and Refunds to the Trustee within 30 days of filing and/or receipt of such refunds. As of the date, of this Motion Debtor has failed to comply with the tax refund requirement as required by the Stipulated Order Conforming the Plan. To date, Debtor(s) is/are $283.78 delinquent on plan payments. To date, no Motion to Extend Time to comply has been filed resolve these issues.

    The Trustee will lodge an order dismissing this case unless the Debtor(s) does (do) one of the following within 30 days of the mailing of this motion.

    (a)    Resolves the issues/discrepancies listed above

        (b)    Requests a hearing to resolve the issues/discrepancy listed above

        (c)    Debtor(s) files with the Court and serves a copy on the Trustee, an Amended/Modified Plan to resolve the issues/discrepancies listed above.

    If dismissed, the Trustee will make a final report of his receipts and disbursements and request that the Court allow payment of the Trustee's expenses from the funds on hand.

Trustee's Motion to Dismiss
Case No: 2: 11-06369-DPC

Dated: See Electronic Signature

                                         EDWARD J. MANEY,
                                         CHAPTER 13 TRUSTEE

                  By:

                                         Edward J. Maney ABN 12256
                                         CHAPTER 13 TRUSTEE
                                         101 North First Ave., Suite 1775
                                         Phoenix, Arizona 85003
                                         (602) 277-3776
                                         [ejm@maney13trustee.com](mailto:ejm@maney13trustee.com)

CERTIFICATE OF MAILING FOR CASE NO. 2: 11-06369-DPC


Copies of the foregoing mailed (see electronic signature below) to the following:


```
RUDOLPH EDWARD HERNANDEZ
809 E 9TH STREET
MESA, AZ. 85203

DINA SOCORRO HERNANDEZ
809 E 9TH STREET
MESA, AZ. 85203

Attorney for Debtor (s):
Brian C. Dault, Esq.
908 W. Chandler Blvd.
Suite D
Chandler, AZ. 85225-
```

_____
Trustee's Clerk